IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MARTIN P. SHEEHAN,
    Plaintiff

v.

Case No. 2:26-cv-00180

West Virginia Judicial Investigation Commission
and Teresa Tarr, in her official capacity
as Counsel to the West Virginia Investigation Commission

## Affidavit of Martin P. Sheehan

I, Martin P. Sheehan, being duly sworn, state that the allegations of the Complaint in this matter are true.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Karen S. Dodrill
Sheehan & Associates, PLLC
1140 Main St., Ste 333, Wheeling, WV 26003
My Commission Expires February 06, 2027

_____
Martin P. Sheehan

Sworn to and subscribed before me
this 7th day of March, 2026

_____
Notary Public