**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**MARTIN P. SHEEHAN,**
      Plaintiff

  **v.**                                          **Case No. 2:26-cv-180**

**West Virginia Judicial Investigation Commission
and Teresa Tarr, in her official capacity
as Counsel to the West Virginia Investigation Commission**
      Defendants

**Joint Motion to Reschedule TRO Hearing**

Now comes , Martin P. Sheehan, by his attorneys, Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC and comes the West Virginia Judicial Investigation Commission and Teresa Tarr, in her official capacity, by their counsel, Christopher D. Smith, Esq., and Bailey & Glasser, LLP and file this joint motion to reschedule the TRO hearing set in the above captioned case. In support of this motion, the parties set forth as follows:

1. In his capacity as bankruptcy trustee of the Bankruptcy Estate of Corotoman, Inc., Mr. Sheehan is the fiduciary of that entity. An oral argument is being conducted before the West Virginia Supreme Court on a certified question from the United States Court of Appeals for the Fourth Circuit on March 24, 2026 at 10:00 a.m. While not essential to those proceedings, Mr. Sheehan was planning to attend.

2. Mr. Smith has a prior out of town (Washington, D.C.) engagement on March 23 and 24, 2026.

3. After consultation, the parties jointly move to reschedule the TRO hearing. For the benefit of the Court's scheduling, the parties expect the hearing to be approximately one hour and no more than 2 hours.

4.    The parties are available, if the Court has time, on either Thursday, March 19, 2026, or Wednesday, March 25, 2026.

5.    If the hearing is set for March 19, 2026, then the Defendants will file their response by March 17, 2026.

WHEREFORE the parties jointly request the hearing be rescheduled.

Respectfully submitted,

s/ *Martin P. Sheehan*

Martin P. Sheehan, Esq.,

W.Va. Bar No 4812

Sheehan & Associates, PLLC
1140 Main St.
Suite 333
Wheeling, WV 26003
(304) 232-1064
Martin@MSheehanLaw.Net
Paralegal@MSheehanLaw.Net

s/ *Christopher D. Smith*

Christopher D. Smith, Esq.

W. Va. Bar No. 13050

Bailey & Glasser, LLP
209 Capitol St.
Charleston, WV 25301-2210
(304) 767-8738
csmith@baileyglasser.com