# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 3/25/2026 | Case Number: | 2:26-cv-00180 |
| Case Style: | Sheehan vs. West Virginia Judicial Investigation Commission | | |
| Type of hearing: | TRO hearing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Martin Sheehan

Attorney(s) for the Defendant(s):

Laura Babiak,Christopher Smith

| | |
|---|---|
| Law Clerk: | Abbagail Badley |
| Probation Officer: | N/A |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:37 AM | 11:23 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 46 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 10:30 a.m.
Actual Start: 10:37 a.m.

Parties present in person. Court addresses motion for temporary restraining order (ECF No. 11).
Plaintiff's Exhibit 1 marked and admitted.
Plaintiff's Exhibit 2 marked and admitted.

Court takes motion under advisement.

Court recessed: 11:23 a.m.